## 19896. MORGAN COUNTY *v.* CRAIG.

DUCKWORTH, Chief Justice. To the claim for workmen's compensation by one of its employees, the County of Morgan filed its motion to dismiss, asserting that the Workmen's Compensation Act (Ga. L. 1920, p. 167), as amended by the 1943 act (Ga. L. 1943, p. 401), offended and offends Art. 7, Sec. 6, Par. 2, of the Constitution of 1877; and that there has been no re-enactment of the workmen's compensation law in so far as counties generally, or Morgan County in particular, are concerned, subsequent to the adoption of the Constitution of 1945.

That the 1920 act, supra, was unconstitutional, as applied to

counties, was held and settled by the decision of this court in *Floyd County* v. *Scoggins*, 164 *Ga.* 485 (139 S. E. 11, 53 A. L. R. 1286). This ruling was applied and followed in *Murphy* v. *Constitution Indemnity Co.*, 172 *Ga.* 378 (157 S. E. 471). The 1943 amendment, supra, was also held unconstitutional by this court in *Kelley* v. *County of Newton*, 198 *Ga.* 483 (32 S. E. 2d 99). Therefore, the abortive attempt in the motion to again present for decision these questions that had been finally and conclusively put at rest by the decisions of this court, raised no question that the Court of Appeals can not promptly dispose of by applying those decisions of this court, and, hence, no constitutional question is involved. The further portion of the motion asserting the nonexistence of any law subjecting Morgan County to the workmen's compensation law is clearly within the jurisdiction of the Court of Appeals. The Court of Appeals and not the Supreme Court has jurisdiction of the writ of error.

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED NOVEMBER 12, 1957—DECIDED JANUARY 10, 1958.

*Kay Tipton, Erwin, Nix, Birchmore & Epting,* for plaintiff in error.

*A. Felton Jenkins, Rupert A. Brown,* contra.